UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| IN RE PETITION OF SOUTH SHORE LAKE ERIE ASSETS & OPERATIONS, LLC FOR LIMITATION OF LIABILITY AND/OR EXONERATION RE: 33' 1987 CHRIS-CRAFT AMEROSPORT MOTOR VESSEL, HULL ID# CCHEA144G687. A.K.A. M/V "THE THIRD LADY" | CASE NO. 1:21-cv-02343<br><br>ORDER<br>[Resolving Doc. 73] |

JAMES S. GWIN, UNITED STATES DISTRICT COURT JUDGE:

South Shore Lake Erie Assets & Operations, LLC (South Shore) sought liability limitation or exoneration from a maritime accident involving the boat, *The Third Lady*, under the Limitation of Liability Act and Supplemental Admiralty Rule F to the Federal Rules of Civil Procedure.

As required by 46 U.S.C. § 30511 and Supplemental Admiralty Rule F(1), South Shore deposited a $20,000 security for the value of *The Third Lady*, along with $1,000 for costs, with the Court's registry at the matter's onset.[1]

On July 8, 2024, the Court held that South Shore did not own *The Third Lady* and dismissed South Shore's action.[2]

Now, South Shore moves for an order directing the Clerk to return its deposited funds, less fees and credits.[3]

The Court **GRANTS** South Shore's motion. The Court **DIRECTS** the Clerk of the Court to return South Shore's deposited sums, less any applicable fees and credits.

---

[1] Doc. 9-1, PageID #: 44-45.
[2] Doc. 71, PageID #: 1318.
[3] Doc. 73, PageID #: 1332.

Case No. 1:21-cv-02343
GWIN, J.

  IT IS SO ORDERED.

Dated: August 15, 2024        *s/  James S. Gwin*
                      JAMES S. GWIN
                      UNITED STATES DISTRICT JUDGE